UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ELIAS TORRES RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES,<br><br>    Defendant. | Case No. 24-cv-03064-AGT<br><br>**REPORT AND RECOMMENDATION** |

Elias Torres Ramirez hasn't filed an amended complaint, and the deadline by which to do so has now passed. For the reasons identified in the prior screening order (dkt. 5), the undersigned requests that the Clerk of the Court reassign Ramirez's case to a district judge and recommends that the district judge dismiss Ramirez's complaint, without leave to amend, for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

Ramirez may object to this recommendation but must do so within fourteen days of receiving a copy of it. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

  **IT IS SO ORDERED.**

Dated: July 25, 2024

                    Alex G. Tse
                    United States Magistrate Judge