IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS TORRES RAMIREZ,<br><br>   Plaintiff,<br><br>  v.<br><br>JAMES,<br><br>   Defendant. | Case No. 24-cv-03064-MMC<br><br>**ORDER ADOPTING IN FULL REPORT AND RECOMMENDATION; DISMISSING COMPLAINT WITHOUT FURTHER LEAVE TO AMEND** |

Before the Court is Magistrate Judge Alex G. Tse's Report and Recommendation, filed July 25, 2024, whereby said Magistrate Judge recommends plaintiff's complaint be dismissed without further leave to amend,[1] for failure to state a claim. No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, plaintiff's complaint is hereby DISMISSED without further leave to amend.

**IT IS SO ORDERED.**

Dated: August 15, 2024

                MAXINE M. CHESNEY
                United States District Judge

---

[1] Although Magistrate Tse had earlier afforded plaintiff leave to file an amended complaint (see Doc. No. 5), plaintiff did not avail himself of such opportunity.